# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALLSTATE INSURANCE CO.**                                                **PLAINTIFF**

**v.**                        **5:08CV00039-WRW**

**JOETTA DAVIS,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Based on the Order entered this date, granting Plaintiff's Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of June, 2008.


                                                                  /s/Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE